UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

BILLY JOE PAIGE,

                       Plaintiff,

v.

J. YODER, et al.,

                       Defendants.
_____/

Case No. 1:24-cv-274

Honorable Phillip J. Green

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as a new action in this Court with the full civil action filing fees.

Dated:  April 3, 2024                   /s/ Phillip J. Green
                                           PHILLIP J. GREEN
                                           United States Magistrate Judge